# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE BARK, Derivatively on Behalf of EDISON INTERNATIONAL,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO J. PIZARRO, MARIA RIGATTI, JEANNE M. BELIVEAU-DUNN, MICHAEL C. CAMUÑEZ, VANESSA C. L. CHANG, JAMES T. MORRIS, TIMOTHY T. O'TOOLE, MARCY L. REED, CAREY A. SMITH, LINDA G. STUNTZ, PETER J. TAYLOR, and KEITH TRENT,<br><br>Defendants,<br><br>- and -<br><br>EDISON INTERNATIONAL,<br><br>Nominal Defendant. | Case No. 2:25-cv-04403-ODW (DFMx)<br><br>[Consolidated with 2:25-cv-4533-ODW (DFMx)]<br><br>**ORDER APPROVING SCHEDULE FOR AMENDED COMPLAINT AND RESPONSE** |

1       On October 14, 2025, the Court granted the Parties' stipulation vacating the Scheduling Order as to the motion to dismiss briefing schedule and directing the Parties to submit a proposed schedule for the filing, by Plaintiffs and Ms. Chavez, of a consolidated amended complaint (Dkt. No. 42). On February 2, 2026, the Parties submitted a proposed schedule for filing a consolidated amended complaint and response. Defendants have indicated that they anticipate completing production in response to Ms. Chavez's demand by February 13, 2026.

Having considered the Parties' Stipulation and their proposed schedule for filing the Amended Complaint and Response, it is hereby ORDERED that:

1. Ms. Chavez can join the instant action as a party plaintiff without the need for filing her own separate complaint or a motion in intervention. Instead, Plaintiffs and Ms. Chavez shall file a Consolidated Amended Complaint by April 15, 2026;

2. Defendants shall answer, move to dismiss, or otherwise respond to the Consolidated Amended Complaint no later than June 1, 2026;

3. If Defendants move to dismiss the Consolidated Amended Complaint, Plaintiffs and Ms. Chavez shall file any opposition to such motion to dismiss no later than July 16, 2026; and

4. Defendants move to dismiss the Consolidated Amended Complaint and Plaintiffs and Ms. Chavez file an opposition to such motion to dismiss, Defendants shall file any reply to such opposition no later than August 6, 2026.

**IT IS SO ORDERED.**

Dated: February 3, 2026

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE